IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLARD PERRY**                                                   **PLAINTIFF**

**v.**                                            **No. 4:05CV267-D-A**

**MDOC, ET AL.**                                          **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 7th day of December, 2005.

                                                             /s/ Glen H. Davidson
                                                             CHIEF JUDGE

Dockets.Justia.com