IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

WILLARD PERRY                                                                                  PLAINTIFF

v.                                                                                    No. 4:05CV267-D-A

MDOC, ET AL.                                                                              DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 7th day of December, 2005.

/s/ Glen H. Davidson
CHIEF JUDGE